FILED
April 4, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> STEVEN JOSEPH SORIA, ) <br> ) <br> Defendant. ) | Case No. CR. S-08-0169 EJG <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  STEVEN JOSEPH SORIA , Case No.  CR. S-08-0169 EJG , Charge  Title 21 USC §§ 846, 841 (a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    _X_    Bail Posted in the Sum of $ 225,000.00 (secured by real property)

             __    Unsecured Appearance Bond

             __    Appearance Bond with 10% Deposit

             __    Appearance Bond with Surety

             __    Corporate Surety Bail Bond

    _X_    (Other)     with supervision and conditions as stated on the record.

Issued at  Sacramento, CA  on  April 4, 2008  at  3:55 pm .

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge

# Memorandum



*United States Attorney*
*Eastern District of California*

| Subject | Date |
|---|---|
| United States v. Thompson, et al., Case No. CR-S-08-0169 EJG  **Bond documents for defendant Steven J. SORIA** | April 4, 2008 |

| To | From |
|---|---|
| Mr. Pete Buzo (*via hand delivery*) Deputy Clerk to the Honorable Dale A. Drozd  Thomas A. Johnson, Esq.  (*memo via facsimile*) Attorney for Steven J. SORIA | Assistant U.S. Attorney Jason Hitt |

On March 26, 2008, United States Magistrate Edmund F. Brennan ordered the defendant Steven Joseph SORIA released on a $225,000 bond secured by real property posted by the defendant's mother, Ms. Shriley Soria, in the case of United States v. Thompson, et al., Case No. CR-S-08-0169 EJG.

The Court's order SORIA for release is conditioned upon the filing of sufficient bond paperwork.

Enclosed please find the documentation supporting the defendant's secured property bond. I have reviewed and initialed each page of the bond paperwork. The documents being submitted to the Court are the original documents.

Please contact me directly at 554-2751 if you have any questions or concerns. Best regards.

# CONDITIONS OF RELEASE

RE: Soria, Steven J.
08-MJ-102-EFB

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

7. You shall submit to drug or alcohol testing as approved by the pretrial services officer;

8. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. You shall have no contact with the co-defendant is this case unless in the presence of Defense Counsel.

March 26, 2008