THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Steven Soria

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN SORIA,<br><br>　　　　　Defendant | Case No.: 2:08-cr-00169-EJG<br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE<br><br>Date:　July 10, 2009<br>Time:　10:00 a.m.<br>Judge:　Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for July 10, 2009 at 10:00 a.m. be continued to August 28, 2009 at 10:00 a.m.in the same courtroom. Jason Hitt, Assistant United States Attorney, Thomas A. Johnson, attorney for Steven Soria, and Hayes Gable, attorney for Michael Thompson, are requesting such continuance in order to continue settlement negotiations.

It is further stipulated that the period from the date of this stipulation through and including August 28, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T2 and T4 for continuity and preparation of counsel.

**IT IS SO STIPULATED.**

DATE: July 9, 2009　　　　　　　　　　　　　　/s/ Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　STEVEN SORIA

STIPULATION AND ORDER         - 1 -

| | |
|---|---|
| DATE: July 9, 2009 | /s/ Hayes Gable<br>HAYES GABLE<br>Attorney for Defendant<br>MICHAEL THOMPSON |
| DATE: July 9, 2009 | McGREGOR W. SCOTT<br>United States Attorney |
| By: | /s/  Jason Hitt<br>JASON HITT<br>Assistant U.S. Attorney |

**IT IS SO ORDERED.**

Dated: July 9, 2009

/s/  Edward J. Garcia
HON. EDWARD J. GARCIA
U.S. District Court Judge