THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Steven Soria

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:08-cr-00169-EJG |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| v. | ) |
| STEVEN SORIA, | ) Date:  June 18, 2010 |
| Defendant | ) Time:  10:00 a.m. |
| | ) Judge: Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for June 18, 2010 at 10:00 a.m. be continued to August 12, 2010 at 10:00 a.m. in the same courtroom. Jason Hitt, Assistant United States Attorney, Thomas A. Johnson, Defendant's attorney, both agree and stipulate to a continuance of the judgment and sentencing.

It is further stipulated that the period from the date of this stipulation through and including August 12, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T2 and T4 for continuity and preparation of counsel.

**IT IS SO STIPULATED.**

DATE: June 17, 2010                              /s/ Thomas A. Johnson
                                                 THOMAS A. JOHNSON
                                                 Attorney for Defendant
                                                 STEVEN SORIA

1  DATE:  June 17, 2010                                    BENJAMIN B. WAGNER
2                                                          United States Attorney

                                            By:        /s/   Jason Hitt
3                                                      JASON HITT
                                                       Assistant U.S. Attorney
4

5  **IT IS SO ORDERED.**

6

7
   Dated:   June 17, 2010
8

9

10                                    /s/ Edward J. Garcia
                                      HON. EDWARD J. GARCIA
11                                    U.S. District Court Judge