THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Steven Soria

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>STEVEN SORIA,<br><br>          Defendant | Case No.: 2:08-cr-00169-EJG<br><br>APPLICATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date:  August 12, 2010<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

**IT IS HEREBY REQUESTED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for August 12, 2010 at 10:00 a.m. be continued to September 17, 2010 at 10:00 a.m.in the same courtroom. Jason Hitt, Assistant United States Attorney, Thomas A. Johnson, Defendant's attorney, both agree and request a continuance of the judgment and sentencing. Mr. Hitt is out of the Eastern District of California on August 12, 2010, and Mr. Johnson is requesting more time to address an issue under U.S.S.G. 5C1.2. The Probation Officer, Brenda Barron-Harrell has been contacted and does not oppose having the sentencing continued.

DATE: August 10, 2010                                    /s/ Thomas A. Johnson
                                                                          THOMAS A. JOHNSON
                                                                          Attorney for Defendant
                                                                          STEVEN SORIA

DATE: August 11, 2010

BENJAMIN B. WAGNER
United States Attorney

By:    /s/   Jason Hitt
JASON HITT
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:   August 11, 2010

/s/ Edward J. Garcia
HON. EDWARD J. GARCIA
U.S. District Court Judge

STIPULATION AND ORDER              - 2 -