THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Steven Soria

FILED
OCT 25 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN SORIA,<br><br>Defendant | Case No.: 2:08-cr-00169-EJG<br><br>APPLICATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date:   October 29, 2010<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

C/EJG

**IT IS HEREBY REQUESTED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for October 29, 2010 at 10:00 a.m. is to be continued to December 10, 2010 at 10:00 a.m. in the same courtroom. Jason Hitt, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both stipulate to a continuance of the judgment and sentencing.

DATE: October 25, 2010                              /s/ Thomas A. Johnson
                                                    THOMAS A. JOHNSON
                                                    Attorney for Defendant
                                                    STEVEN SORIA


DATE: October 25, 2010                              BENJAMIN B. WAGNER
                                                    United States Attorney

                                       By:          /s/ Jason Hitt
                                                    JASON HITT
                                                    Assistant U.S. Attorney

**IT IS SO ORDERED.**

STIPULATION AND ORDER              - 1 -

Dated: 10/25/10

_____
HON. EDWARD J. GARCIA
U.S. District Court Judge

STIPULATION AND ORDER          - 2 -