

1  THOMAS A. JOHNSON, #119203
   400 Capitol Mall, Suite 1620
2  Sacramento, California 95814
   Telephone: (916) 422-4022
3  Attorney for Defendant Steven Soria

FILED
DEC 14 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN SORIA,<br><br>    Defendant | Case No.: 2:08-cr-00169-EJG<br><br>APPLICATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING *as modified*<br><br>Date: December 10, 2010<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia<br><br>c/ EJG |

**IT IS HEREBY REQUESTED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for December 10, 2010 at 10:00 a.m. is to be continued to January 21, 2011 at 10:00 a.m. in the same courtroom. Jason Hitt, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both stipulate to a continuance of the judgment and sentencing.

DATE: December 8, 2010

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Defendant
STEVEN SORIA

DATE: December 8, 2010

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

**IT IS SO ORDERED.**

STIPULATION AND ORDER    - 1 -

1
2  Dated:       12/9/10
3
4                                                    _____
                                                     HON. EDWARD J. GARCIA
5                                                    U.S. District Court Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28