THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Steven Soria

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>STEVEN SORIA,<br><br>             Defendant | Case No.: 2:08-cr-00169-EJG<br><br>REQUEST AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date:    February 4, 2011<br>Time:   10:00 a.m.<br>Judge:  Hon. Edward J. Garcia |

**IT IS HEREBY REQUESTED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for January 21, 2011 at 10:00 a.m. is to be continued to February 4, 2011 at 10:00 a.m. in the same courtroom. Jason Hitt, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both stipulate to a continuance of the judgment and sentencing.

DATE: January 19, 2011         By:        /s/ Thomas A. Johnson
                                                          THOMAS A. JOHNSON
                                                          Attorney for Defendant
                                                          STEVEN SORIA

DATE: January 19, 2011                       BENJAMIN B. WAGNER
                                                          United States Attorney

                                                   By:       /s/  Jason Hitt
                                                          JASON HITT
                                                          Assistant U.S. Attorney

**IT IS SO ORDERED.**

STIPULATION AND ORDER          - 1 -

1
2  Dated:    January 19, 2011
3
4                                             /s/ Edward J. Garcia
                                              HON. EDWARD J. GARCIA
5                                             U.S. District Court Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28