THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Steven Soria

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN SORIA,<br><br>　　　　Defendant | Case No.: 2:08-cr-00169-EJG<br><br>REQUEST AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date:　April 1, 2011<br>Time:　10:00 a.m.<br>Judge:　Hon. Edward J. Garcia |

**IT IS HEREBY REQUESTED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for February 4, 2011 at 10:00 a.m. is to be continued to April 1, 2011 at 10:00 a.m. in the same courtroom. Jason Hitt, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both stipulate to a continuance of the judgment and sentencing.

DATE: February 1, 2011　　　　　　　　　　By:　　/s/ Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　STEVEN SORIA


DATE: February 1, 2011　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　By:　　 /s/  Jason Hitt
　　　　　　　　　　　　　　　　　　　　　　 JASON HITT
　　　　　　　　　　　　　　　　　　　　　　 Assistant U.S. Attorney

**IT IS SO ORDERED this 2nd day of February, 2011.**

　　　　　　　　　　　　　　　　　　　 /s/ Edward J. Garcia
　　　　　　　　　　　　　　　　　　　 HON. EDWARD J. GARCIA
　　　　　　　　　　　　　　　　　　　 U.S. District Court Judge

REQUEST AND ORDER　　　- 1 -