THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Steven Soria

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN SORIA,<br><br>    Defendant | Case No.: 2:08-cr-00169-EJG<br><br>REQUEST AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date: May 13, 2011<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

**IT IS HEREBY REQUESTED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for April 1, 2011 at 10:00 a.m. is to be continued to May 13, 2011 at 10:00 a.m. in the same courtroom. Jason Hitt, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both stipulate to a continuance of the judgment and sentencing.

DATE: March 16, 2011          By:    /s/ Thomas A. Johnson
                                     THOMAS A. JOHNSON
                                     Attorney for Defendant
                                     STEVEN SORIA

DATE: March 16, 2011                 BENJAMIN B. WAGNER
                                     United States Attorney

                               By:    /s/ Jason Hitt
                                     JASON HITT
                                     Assistant U.S. Attorney

**IT IS SO ORDERED.**

REQUEST AND ORDER          - 1 -

1 | Dated: March 16, 2011

                                                  <u>/s/ Edward J. Garcia</u>
HON. EDWARD J. GARCIA
U.S. District Court Judge