THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Steven Soria

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:08-CR-169-EJG |
|---|---|
| Plaintiff, | ) REQUEST FOR ORDER AND ORDER ) EXONERATING BOND |
| vs. | ) |
| STEVEN SORIA, | ) |
| Defendant. | ) |

On or about April 1, 2008, an $225,000 appearance bond secured by a Deed of Trust against the real property of Shirley Soria, in the form of a Deed of Trust, secured by the real property located at 3924 Hogue Avenue, Stockton, California, 95204, was posted on behalf of Steven Soria.

On May 25, 2011, Mr. Soria's case was resolved. He was sent to federal prison for a term of 120 months. He is currently incarcerated.

It is hereby requested that the $225,000 secured appearance bond be exonerated in the above-captioned case and that the Clerk of the District Court be directed to reconvey the property to the Trustor.

DATED: August 22, 2011                    Respectfully submitted,

                                          /s/ Thomas A. Johnson
                                          THOMAS A. JOHNSON
                                          Attorney for Defendant STEVEN SORIA

U.S. v. Soria, Request for Order and Order Exonerating Bond

# ORDER

**IT IS SO ORDERED** that the appearance bond in the amount of $225,000, secured by a Deed of Trust against the real property of Shirley Soria, in the form of a Deed of Trust secured by the real property located at 3924 Hogue Avenue, Stockton, California, 95204, is hereby exonerated.

DATED:  August 23, 2011

/s/ Edward J. Garcia
HON. EDWARD J. GARCIA
United States District Court Judge