John Balazs, Bar. No. 157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
STEVEN JOSEPH SORIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>STEVEN JOSEPH SORIA,<br><br>          Defendant. | No. 2:08-CR-0169-WBS<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE RE: MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>Hon. William B. Shubb |

Defendant, STEVEN JOSEPH SORIA, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate to extend the briefing schedule regarding defendant's §3582(c)(2) motion by five weeks as follows:

   Defendant's Amended Mtn Due:              December 15, 2015

   Government's Response Due:                January 5, 2016

   Defendant's Reply Brief Due:              January 12, 2016

This request is made because the defendant has ordered and is awaiting production of the sentencing transcript and to provide the defense with additional time to prepare.

Dated: November 2, 2015        Dated: November 2, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Jason Hitt*                    /s/*John Balazs*
JASON HITT                       JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff            Attorney for Defendant
UNITED STATES OF AMERICA          STEVEN JOSEPH SORIA

**ORDER**

IT IS SO ORDERED.

Dated: November 3, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE