John Balazs, Bar. No. 157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
STEVEN JOSEPH SORIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN JOSEPH SORIA,<br><br>Defendant. | No. 2:08-CR-0169-02 WBS<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE RE: MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>Hon. William B. Shubb |

Defendant, STEVEN JOSEPH SORIA, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate to extend the briefing schedule regarding defendant's §3582(c)(2) motion by five weeks as follows:

| | |
|---|---|
| Defendant's Amended Mtn Due: | January 19, 2016 |
| Government's Response Due: | February 23, 2016 |
| Defendant's Reply Brief Due: | March 1, 2016 |

This request is made because the defendant needs additional time to obtain documents, conduct research, and prepare an amended motion. Defendant's projected release date is 5/24/19.

Dated: December 2, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: December 2, 2015

/s/*John Balazs*
JOHN BALAZS

Attorney for Defendant
STEVEN JOSEPH SORIA

**ORDER**

IT IS SO ORDERED.

Dated: December 2, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE