John Balazs, Bar. No. 157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
STEVEN JOSEPH SORIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STEVEN JOSEPH SORIA,<br><br>　　　　　Defendant. | No. 2:08-CR-0169-WBS<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE RE: MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>Hon. William B. Shubb |

　　Defendant, STEVEN JOSEPH SORIA, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate to extend the briefing schedule regarding defendant's §3582(c)(2) motion as follows:

　　Defendant's Amended Mtn Due:　　　　　　　　　　March 3, 2016

　　Government's Response Due:　　　　　　　　　　　March 31, 2016

　　Defendant's Reply Brief Due:　　　　　　　　　　　April 7, 2016

This request is made because the defendant needs additional time to conduct research, consult with the client, and prepare an amended motion. Defendant's projected release date is 5/24/19.

Dated: January 8, 2016                    Dated:   January 8, 2016

BENJAMIN B. WAGNER
United States Attorney


 /s/ *Jason Hitt*                           /s/*John Balazs*
JASON HITT                                 JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                     Attorney for Defendant
UNITED STATES OF AMERICA                   STEVEN JOSEPH SORIA


**ORDER**

IT IS SO ORDERED.

Dated: January 8, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE